# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| JESSICA GAUL, individually and on behalf of all others similarly situated,<br><br>v.<br><br>ACCURA HEALTH VENTURES, LLC *et al.* | **Case No. 4:22-cv-00154-SHL-HCA**<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Judge Stephen H. Locher<br><br>Chief Magistrate Judge Helen C. Adams |

## APPENDIX TO PLAINTIFF'S
## MOTION FOR CONDITIONAL CERTIFICATION

### TABLE OF CONTENTS

| No. | Document |
|---|---|
| 1 | Proposed Notice Form |
| 2 | Proposed Consent Form |
| 3 | Proposed Email to Putative Class Members |
| 4 | Proposed Telephone Scripts |
| 5 | Proposed Text Notification |

# APPENDIX 1

IMPORTANT NOTICE TO CURRENT AND FORMER ACCURA HEALTHCARE WORKER

---

### TIME-SENSITIVE, COURT-AUTHORIZED NOTICE
### * * * This is not an advertisement from a lawyer. * * *

---

**If you worked for Accura Health Ventures, LLC ("Accura Healthcare") at any time during the Kronos time/payroll outage beginning in December 2021, YOU MAY BE ENTITLED TO JOIN A LAWSUIT FOR UNPAID WAGES AND MONEY DAMAGES.**

| 1. | Why are you getting this notice? |
|---|---|

A lawsuit was filed in the United States District Court for the Southern District of Iowa against Accura for unpaid and delayed wages. The Court has ordered this notice be sent to employees whose legal rights may be affected. The Court has not ruled which party will win. You may be able to make a claim in the lawsuit if:

- You worked for Accura during the Kronos time/payroll outage beginning in December 2021;
- You were not exempt from overtime pay; and
- You were not paid for all hours you worked during the Kronos outage, including overtime hours, or your pay was delayed after the pay period in which it was supposed to be paid.

**You have the right to join this lawsuit even if you already signed any statement denying that you are owed any overtime, or if you have signed an agreement that claims to release any claim you may have for unpaid wages under federal or state law.**

| 2. | What are your options? |
|---|---|

Accura's records show you may be in the class of workers covered by this lawsuit. You have two options.

| Option 1:<br><br>**RETURN THIS FORM** | **Join the lawsuit.**<br>If you choose to be included in the lawsuit, you can return your consent form in one of these ways:<br><br>1. Complete, sign, and return by email, fax, or U.S. mail the enclosed Consent Form to:<br><br>**Overtime Lawsuit Against Accura**<br>**PARMET PC**<br>**3 Riverway, Ste. 1910 \| Houston, TX 77056**<br>**phone 713 999 5228 \| fax 713 999 1187**<br>**consents@parmet.law**<br><br>2. Submit your consent form electronically at:<br><br>accura.**backwages.law** |
|---|---|
| Option 2:<br><br>**DO NOTHING** | **Do not join this lawsuit.**<br>By doing nothing, you give up the possibility of getting money from a trial or settlement of this lawsuit if any money is awarded. However, you will still be able to sue Accura separately about the same or related claims, as otherwise allowed by law. |

**The deadline for you to return a signed consent form is «60 days from date of mailing».**

| 3. | **What happens if I join this lawsuit?** |
|---|---|

If you return a Consent Form, you will join on or more other employees who worked for Accura and have already made a claim for unpaid and delayed wages. You will be represented by the same attorneys. You can obtain counsel of your own choosing (at your own expense), who can file your Notice of Consent with the Court. You may or may not have to provide records, answer written questions, or testify under oath. You will be bound by any judgment entered by the Court, whether it is favorable or unfavorable.

If the employees win or settle the case, you may receive a portion of the money recovered on behalf of all the individuals who join the lawsuit. If this case is not successful, you will receive nothing, but you will not be responsible for any case costs, expenses, or attorneys' fees.

| 4. | **What happens if I do not join the lawsuit?** |
|---|---|

If you choose not to join the lawsuit, you will not be allowed to participate in any recovery that may be made through either judgment or settlement. On the other hand, if you do not join the lawsuit, you will not be affected by any adverse judgment.

However, because federal law only allows workers to recover up to the past two to three years, if you choose not to join the lawsuit, because of the statute of limitations, the time period for which you are eligible to recover may be less.

| 5. | **Can I be retaliated against for joining the lawsuit?** |
|---|---|

No. It is a violation of federal law for Accura or anyone else to terminate your employment or in any other manner discriminate or retaliate against you for taking part in this case.

| 6. | **How long do I have to make a decision?** |
|---|---|

**If you want to join the lawsuit and make a claim for unpaid wages, your signed Consent Form must be electronically submitted, postmarked, emailed, or faxed to the attorneys for Plaintiffs by «60 days from date of mailing».**

| 7. | **I still have questions. Where can I get more information?** |
|---|---|

If you have any questions about the collective action or your legal rights, you should contact the attorneys for the group of Accura employees directly at:

Matthew S. Parmet
PARMET PC
3 Riverway, Ste. 1910
Houston, Texas 77056
phone    713 999 5228
fax        713 999 1187
matt@parmet.law

Angeli Murthy
Andrew Frisch
MORGAN & MORGAN
8151 Peters Rd., 4th Floor
Plantation, FL 33324
Phone: 954-WORKERS
Fax: 954-327-3016
amurthy@forthepeople.com
afrisch@forthepeople.com

# APPENDIX 2

**CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST ACCURA**

Printed Name: _____

1.    I consent join the lawsuit filed against Accura Health Ventures, LLC and any affiliated persons or entities to pursue my claims of unpaid overtime and related damages during the time that I worked with them.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act and applicable federal and state law.

3.    I consent to be bound by the Court's decisions.

4.    I designate the representative plaintiff, Jessica Gaul, as my agent to make decisions on my behalf regarding the lawsuit, including entering into settlement agreements, agreements with counsel, and all other matters related to the lawsuit.

5.    I understand and agree that my attorneys, the representative plaintiff, or the Court may in the future appoint other individuals to be representative plaintiffs. I consent to the appointment and agree to be bound by the decisions made by the representative plaintiff regarding this matter.

6.    If needed, I authorize this consent to be used to re-file my claim in a separate lawsuit or arbitration as necessary.


_____          _____
Signature                                                              Date

---

**By signing, you designate PARMET PC and MORGAN & MORGAN as your attorneys for your wage claims. The information below will be kept confidential between you and your attorneys:**


_____          _____
Email Address                                                      Cell Phone Number


_____          _____
Address                                                              Job Title at Company


_____          _____
City / State / Zip                                                  Rate of Pay

                                                                          _____
| RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO: | Estimated Hours Worked Each Week |

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**
**Overtime Lawsuit Against Accura**
**PARMET PC**
**3 Riverway, Ste. 1910 | Houston, TX 77056**
**phone 713 999 5228 | fax 713 999 1187**
**consents@parmet.law**

Estimated Hours Worked Each Week

_____
Estimated Dates of Employment

**OR COMPLETE ONLINE:**
**accura.backwages.law**

_____
Locations/States Worked for Company

# APPENDIX 3

**PROPOSED EMAIL TO PUTATIVE COLLECTIVE MEMBERS**

**Subject:**    **Notice of unpaid overtime collective action lawsuit against Accura Healthcare**

Dear current or former Accura Healthcare worker:

Attached is the Court-authorized Notice regarding a collective action lawsuit against Accura Health Ventures, LLC ("Accura Healthcare"). You are receiving this e-mail because Accura Healthcare's records indicate you may be eligible to participate in this collective action lawsuit seeking to recover unpaid overtime wages and your rights may be affected by its outcome. The attached Notice explains the steps you need to take if you want to join. You can review and sign the forms to join the case here «hyperlink».

If you have any questions, please feel free to contact me at «phone» or by e-mail at «email».

«Signature Block»

# APPENDIX 4

**PROPOSED TELEPHONE SCRIPTS FOR UNDELIVERABLE MAIL**

**LIVE CALLS**

Hello, my name is _____ and I work for _____. I am calling to confirm that you received the notice in the mail regarding the unpaid overtime lawsuit against Accura Healthcare. We received information indicating that the notice packet regarding your potential claims affected by the lawsuit against Accura Healthcare that we mailed was returned as undeliverable. Have you received this notice by mail and/or e-mail?

> **If yes:** Thank you, have a good day.

> **If no:** What is the best method for me to send you the notice? (mail/e-mail/fax). This information will only be used to send you a copy of the notice. Thank you, have a good day.

> **If potential class member asks what the case is about:** I cannot discuss the case with you. The notice that will be sent to you will provide information regarding the case. If you have additional questions, the notice explains your options for obtaining additional information.

**MESSAGES (VOICEMAIL OR OTHER)**

Hello. This message is for «Name of Potential Class Member». My name is _____ and I work for _____. I am calling to confirm that you received the notice in the mail regarding the unpaid overtime lawsuit against Accura Healthcare. We received information indicating that the notice packet regarding your potential claims affected by the lawsuit against Accura Healthcare that we mailed was returned as undeliverable. If you have not received the notice, please call _____ between the hours of _____ to provide the representative with your current contact information so that a notice can be sent to you. Any information you provide will only be used to send you the notice. Thank you and have a good day.

# APPENDIX 5

**PROPOSED TEXT MESSAGE TO PUTATIVE COLLECTIVE MEMBERS**

If you worked for Accura Health Ventures, LLC and you were not fully paid or your pay was delayed during the Kronos time/payroll outage, you might be entitled to join a lawsuit claiming backpay and other damages. For additional information about the case, including how to join, visit «hyperlink».