**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION**

| | |
|---|---|
| JESSICA GAUL, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ACCURA HEALTH VENTURES, LLC; AMERICAN HEALTHCARE MANAGEMENT SERVICES, L.L.C. d/b/a ACCURA HEALTHCARE MANAGEMENT SERVICES; ACCURA HEALTHCARE HOLDINGS LLC; and AMERICAN HEALTHCARE ASSOCIATES, INC. d/b/a ACCURA HEALTHCARE OF IOWA,<br><br>Defendants. | Case No. 4:22-cv-00154<br><br><br>**DEFENDANTS' APPENDIX IN SUPPORT OF RESISTANCE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**Page**

Declaration of Lisa Toti dated December 1, 2022 ........................................................................... 4

Carroll Location Payroll Calculation Sheet for Pay Period Ending December 18, 2021 ................ 7

Knoxville Location Payroll Calculation Sheet for Pay Period Ending December 18, 2021 ......... 10

1

Dated: December 1, 2022

/s/ Katie Graham
Frank B. Harty    AT0003356
Benjamin P. Roach    AT0006588
Katie Graham    AT0010930
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
Email: fharty@nyemaster.com
Email: bproach@nyemaster.com
Email: klgraham@nyemaster.com

**ATTORNEYS FOR DEFENDANTS ACCURA HEALTH VENTURES, LLC; AMERICAN HEALTHCARE MANAGEMENT SERVICES, L.L.C. d/b/a ACCURA HEALTHCARE MANAGEMENT SERVICES; ACCURA HEALTHCARE HOLDINGS LLC; and AMERICAN HEALTHCARE ASSOCIATES, INC. d/b/a ACCURA HEALTHCARE OF IOWA**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Matthew S. Parmet
PARMET PC
3 Riverway, Ste. 1910
Houston, TX 77056
Email:  Matt@parmet.law

Brian P. Galligan
GALLIGAN LAW P.C.
The Plaza – Suite 5
300 Walnut Street
Des Moines, Iowa 50309-2292
Email: bgalligan@galliganlaw.com

C. Ryan Morgan
Angeli Murthy
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 16th Floor
PO Box 4979
Orlando, FL 32802-4979
Email: rmorgan@forthepeople.com
        amurthy@forthepeople.com

ATTORNEYS FOR PLAINTIFF

*/s/ Benjamin P. Roach*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

| | |
|---|---|
| JESSICA GAUL, *individually and on behalf of others similarly situated,*<br><br>          Plaintiff,<br><br>    v.<br><br>ACCURA HEALTH VENTURES, LLC; AMERICAN HEALTHCARE MANAGEMENT SERVICES, L.L.C. d/b/a ACCURA HEALTHCARE MANAGEMENT SERVICES; ACCURA HEALTHCARE HOLDINGS LLC; and AMERICAN HEALTHCARE ASSOCIATES, INC. d/b/a ACCURA HEALTHCARE OF IOWA,<br><br>          Defendants. | Case No. 4:22-cv-00154<br><br>**DECLARATION OF LISA TOTI IN SUPPORT OF RESISTANCE TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION** |

I, Lisa Toti, declare as follows:

1. I am the President of American Healthcare Management Services, LLC dba Accura Healthcare Management (hereinafter "AHMS"). The information contained within this Declaration are based on my personal knowledge and the contents of AHMS's business records. I am over the age of 18 and competent to testify to the information set forth in this Declaration.

2. AHMS first discovered the Kronos ransomware attack on the morning of Monday, December 13, 2021.

3. Nine of our Iowa facilities are paid in Payroll Group A.

4. The Carroll, Iowa facility, where Jessica Gaul worked, is not included in Payroll Group A.

1

5.      Payroll Group A had a scheduled pay date of December 17, 2021. In order to meet that payroll, all information for paychecks needed to be finalized by the close of business Wednesday, December 15, 2021.

6.      AHMS developed a separate spreadsheet for each facility to calculate payroll using each individual employee's handwritten timesheets and the facility's designated shift differential and shift pickup bonuses. Included in Defendants' Appendix in Support of Plaintiff's Motion for Class Certification are true and accurate copies of spreadsheets for the following facilities: Carroll and Knoxville.

7.      Each facility had discretion to set its own weekend shift differential and shift pickup bonuses. For example, the Carroll facility had weekend shift differentials of $1 per hour for first shift and $2 per hour for second and third shifts.  The Knoxville facility had no weekend shift differentials.  The Newton East facility paid $0.50 per hour for second and third shift.  The Shennandoah facility paid shift and weekend differentials as 10% or 15% of the employee's regular hourly rate.  Shift pick-up bonuses varied by facility, and even within the same facility based on staffing needs and difficulty in filling shifts.  The Carroll spreadsheet in Defendants' Appendix shows these amounts being included in the employee payroll calculations in varying amounts.

8.      In the Kronos reconciliation performed for Gaul, Kronos improperly credited her with a $29.00 per hour weekend shift differential instead of $2.00 per hour. We are aware of only one other employee in all of our Iowa facilities that had a similar windfall.

9.      AHMS does not maintain a centralized list of employee cell phone and personal emails.

2

**App. 005**

10.    We did not estimate hours worked for anyone in Payroll Group B as a result of the Kronos ransomware attack.

11.    We did not estimate hours worked for anyone in Payroll Group A after the first pay period described above as a result of the Kronos ransomware attack.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on the 1st day of December, 2022.

Lisa Toti

3

Facility: _____ Carroll _____

Pay Period Ending: _____ Saturday, December 18, 2021 _____

| Employee ID | Employee Name (As Input) | Regular Hours | Overtime | PTO | Other Hours | Bonuses | Shift Differentials | Wage Rate | Gross Wages | Vendor ID | Full Name | Historic Reduction | Effective Reduction | Net Pay | Withheld |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ 75.00 | $ 16.00 | | | | | | | | |
| | | | | | | $ - | $ 77.87 | | | | | | | | |
| | | | | | | $ - | $ 30.00 | | | | | | | | |
| | | | | | | $ 50.00 | $ 261.00 | | | | | | | | |
| | | | | | | $ 260.00 | $ 425.24 | | | | | | | | |
| | | | | | | $ 150.00 | $ 209.81 | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ 110.00 | $ 214.20 | | | | | | | | |
| | | | | | | $ 300.00 | $ 90.81 | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ 59.14 | | | | | | | | |
| | | | | | | $ - | $ 49.23 | | | | | | | | |
| | | | | | | $ 210.00 | $ 48.00 | | | | | | | | |
| | | | | | | $ - | $ 96.21 | | | | | | | | |
| | | | | | | $ - | $ 48.55 | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ 150.00 | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ 75.00 | $ 15.32 | | | | | | | | |
| | | | | | | $ - | $ 102.04 | | | | | | | | |
| | | | | | | $ - | $ 47.33 | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |
| | | | | | | $ - | $ - | | | | | | | | |

Employee Wage Calculator

**CONFIDENTIAL**

**Produced Natively at ACCU_018955**

## SHIFT DIFFERENTIAL

| Location | Position | Kronos Work Rule | Shift Pay | | Note |
|---|---|---|---|---|---|
| Ames | 2nd Shift | Hourly Shift | $ | 1.00 | RN, LPN, CNA, CMA, Unlicensed Aide |
| Ames | 3rd Shift | Hourly Shift | $ | 1.00 | RN, LPN, CNA, CMA, Unlicensed Aide |
| Aurelia | 2nd/3rd/Weekend Shift | Hourly Shift Weekend FT/PT | $ | 1.50 | Nursing & Dietary |
| Aurelia | Weekend Shift | Hourly Weekend Shift FT/PT | $ | 1.50 | All other staff |
| Carroll | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ | 7.00 | CAN |
| Carroll | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ | 8.00 | LPN |
| Carroll | 2nd,3rd, Weekend | Hourly Weekend - CAR | $ | 2.00 | All Nursing Staff |
| Carroll | 1st Shift Weekend | Hourly Weekend - CAR | $ | 1.00 | All Nursing Staff |
| Cascade | 2nd Shift | Hourly Shift A | $ | 3.00 | All Nursing Staff |
| Cascade | 3rd Shift | Hourly Shift A | $ | 1.75 | All Nursing Staff |
| Cherokee | 2nd & 3rd Shift | Hourly Shift A | $ | 1.00 | RN, LPN, CNA, CMA |
| Cresco | Staff Transfering to COOK | EE will transfer to Cook from clock by selecting "Hourly Cook No Shift" | $ | 1.00 | Assign to staff specified by Facility |
| Cresco | 2nd & 3rd Shift | Hourly Shift B | $ | 1.00 | RN, LPN, CNA, CMA |
| LeMars | 2nd Shift | Hourly Shift A | $ | 0.20 | RN, LPN, CNA, CMA |
| LeMars | 3rd Shift | Hourly Shift A | $ | 0.30 | RN, LPN, CNA, CMA |
| Manning | CNA, CMA LPN, RN | Hourly Shift Weekend -Man | $ | 1.00 | Assign to RN, LPN, CNA CMA |
| Manning | ALL OTHER STAFF | Hourly Weekend - Man | $ | 2.00 | All Staff |
| Manning | 2nd & 3rd Shift | Hourly Shift Wekeend - Man B | $ | 1.00 | RN, LPN, CNA, CMA |
| Manning | Weekend Shift | Hourly Weekend - Man B | $ | 2.00 | ALL Staff |
| Marshalltown | 3rd Shift | Hourly Shift B | $ | 1.00 | RN & LPN only |
| Milford | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ | 7.00 | CNA |
| Milford | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ | 8.00 | LPN |
| Milford | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ | 5.00 | Dietary Aide |
| Newton East | 2nd Shift | Hourly Shift B | $ | 0.25 | All Staff Except LPN/RN |
| Newton East | 3rd Shift | Hourly Shift B | $ | 0.50 | All Staff Except LPN/RN |
| Newton East | 2nd & 3rd Shift | Hourly Shift B | $ | 0.50 | LPN |
| Newton East | 2nd Shift | Hourly Shift B | $ | 0.50 | RN |

Kronos Shift Differntials

CONFIDENTIAL     Produced Natively at ACCU_018955

| Location | Position | Kronos Work Rule | Shift Pay | | Note |
|---|---|---|---|---|---|
| Newton East | 3rd Shift | Hourly Shift B | $ | 1.00 | RN |
| Newton West | 2nd Shift | Hourly Shift B | $ | 0.25 | All Staff Except LPN/RN |
| Newton West | 3rd Shift | Hourly Shift B | $ | 0.50 | All Staff Except LPN/RN |
| Newton West | 2nd & 3rd Shift | Hourly Shift B | $ | 0.50 | LPN |
| Newton West | 2nd Shift | Hourly Shift B | $ | 0.50 | RN |
| Newton West | 3rd Shift | Hourly Shift B | $ | 1.00 | RN |
| Ogden | 2nd & 3rd Shift | Hourly Shift A | $ | 0.50 | RN & LPN |
| Ogden | Weekend Shift | Hourly Weekend FT A | $ | 1.00 | CNA - must be specified by facility |
| Ogden | 2nd & 3rd Shift | Hourly Shift A | $ | 2.00 | CNA & CMA's |
| Pomeroy | 2nd & 3rd Shift | Hourly Shift A | $ | 0.30 | RN, LPN, CNA, CMA |
| Shenandoah | 2nd Shift | Shenandoah | | 10% | All Staff |
| Shenandoah | 3rd Shift | Shenandoah | | 15% | All Staff |
| Shenandoah | Weekend Shift | Shenandoah | | 10% | All Staff - paid in addition to 2nd & 3rd Shift pay |
| Sioux City | 2nd & 3rd Shift | Hourly Shift A | $ | 1.00 | RN, LPN, CNA, CMA |
| Sioux City | Weekend Shift | Hourly Shift A | $ | 5.00 | As specified by Facility |
| Spirit Lake | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ | 7.00 | As specified by Facility |
| Stanton | 2nd & 3rd Shift | Hourly Shift A | $ | 1.00 | RN, LPN, CNA, CMA's only |

Kronos Shift Differntials          **CONFIDENTIAL**          **Produced Natively at ACCU_018955**

Facility: _____ Knoxville _____

Pay Period Ending: _____ Saturday, December 18, 2021 _____



| Employee ID | Employee Name (As Input) | Regular Hours | Overtime | PTO | Other Hours | Bonuses | Shift Differentials | Wage Rate | Gross Wages | Vendor ID | Full Name | Historic Reduction | Effective Reduction | Net Pay | Withheld |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 300.00 | | | | | | | | | |
| | | | | | | $ 75.00 | | | | | | | | | |
| | | | | | | $ 200.00 | | | | | | | | | |
| | | | | | | $ 450.00 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 7.25 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 38.71 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 400.00 | | | | | | | | | |
| | | | | | | $ 475.00 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 50.00 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 40.00 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 30.17 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 150.00 | | | | | | | | | |
| | | | | | | $ 1,075.00 | | | | | | | | | |
| | | | | | | $ 34.64 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 400.00 | | | | | | | | | |
| | | | | | | $ 1,200.00 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 100.00 | | | | | | | | | |
| | | | | | | $ 200.00 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ 600.00 | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |
| | | | | | | $ - | | | | | | | | | |

Employee Wage Calculator

CONFIDENTIAL

Produced Natively at ACCU_018966

App. 010

# SHIFT DIFFERENTIAL

| Location | Position | Kronos Work Rule | Shift Pay | Note |
|---|---|---|---|---|
| Ames | 2nd Shift | Hourly Shift | $ 1.00 | RN, LPN, CNA, CMA, Unlicensed Aide |
| Ames | 3rd Shift | Hourly Shift | $ 1.00 | RN, LPN, CNA, CMA, Unlicensed Aide |
| Aurelia | 2nd/3rd/Weekend Shift | Hourly Shift Weekend FT/PT | $ 1.50 | Nursing & Dietary |
| Aurelia | Weekend Shift | Hourly Weekend Shift FT/PT | $ 1.50 | All other staff |
| Carroll | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ 7.00 | CAN |
| Carroll | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ 8.00 | LPN |
| Carroll | 2nd,3rd, Weekend | Hourly Weekend - CAR | $ 2.00 | All Nursing Staff |
| Carroll | 1st Shift Weekend | Hourly Weekend - CAR | $ 1.00 | All Nursing Staff |
| Cascade | 2nd Shift | Hourly Shift A | $ 3.00 | All Nursing Staff |
| Cascade | 3rd Shift | Hourly Shift A | $ 1.75 | All Nursing Staff |
| Cherokee | 2nd & 3rd Shift | Hourly Shift A | $ 1.00 | RN, LPN, CNA, CMA |
| Cresco | Staff Transfering to COOK | EE will transfer to Cook from clock by selecting "Hourly Cook No Shift" | $ 1.00 | Assign to staff specified by Facility |
| Cresco | 2nd & 3rd Shift | Hourly Shift B | $ 1.00 | RN, LPN, CNA, CMA |
| LeMars | 2nd Shift | Hourly Shift A | $ 0.20 | RN, LPN, CNA, CMA |
| LeMars | 3rd Shift | Hourly Shift A | $ 0.30 | RN, LPN, CNA, CMA |
| Manning | CNA, CMA LPN, RN | Hourly Shift Weekend -Man | $ 1.00 | Assign to RN, LPN, CNA CMA |
| Manning | ALL OTHER STAFF | Hourly Weekend - Man | $ 2.00 | All Staff |
| Manning | 2nd & 3rd Shift | Hourly Shift Wekeend - Man B | $ 1.00 | RN, LPN, CNA, CMA |
| Manning | Weekend Shift | Hourly Weekend - Man B | $ 2.00 | ALL Staff |
| Marshalltown | 3rd Shift | Hourly Shift B | $ 1.00 | RN & LPN only |
| Milford | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ 7.00 | CNA |
| Milford | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ 8.00 | LPN |
| Milford | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ 5.00 | Dietary Aide |
| Newton East | 2nd Shift | Hourly Shift B | $ 0.25 | All Staff Except LPN/RN |
| Newton East | 3rd Shift | Hourly Shift B | $ 0.50 | All Staff Except LPN/RN |
| Newton East | 2nd & 3rd Shift | Hourly Shift B | $ 0.50 | LPN |
| Newton East | 2nd Shift | Hourly Shift B | $ 0.50 | RN |

Kronos Shift Differntials

CONFIDENTIAL

Produced Natively at ACCU_018966

| Location | Position | Kronos Work Rule | Shift Pay | | Note |
|---|---|---|---|---|---|
| **Newton East** | 3rd Shift | Hourly Shift B | $ | 1.00 | **RN** |
| **Newton West** | 2nd Shift | Hourly Shift B | $ | 0.25 | **All Staff Except LPN/RN** |
| **Newton West** | 3rd Shift | Hourly Shift B | $ | 0.50 | **All Staff Except LPN/RN** |
| **Newton West** | 2nd & 3rd Shift | Hourly Shift B | $ | 0.50 | **LPN** |
| **Newton West** | 2nd Shift | Hourly Shift B | $ | 0.50 | **RN** |
| **Newton West** | 3rd Shift | Hourly Shift B | $ | 1.00 | **RN** |
| **Ogden** | 2nd & 3rd Shift | Hourly Shift A | $ | 0.50 | **RN & LPN** |
| **Ogden** | Weekend Shift | Hourly Weekend FT A | $ | 1.00 | **CNA - must be specified by facility** |
| **Ogden** | 2nd & 3rd Shift | Hourly Shift A | $ | 2.00 | **CNA & CMA's** |
| **Pomeroy** | 2nd & 3rd Shift | Hourly Shift A | $ | 0.30 | **RN, LPN, CNA, CMA** |
| **Shenandoah** | 2nd Shift | Shenandoah | | 10% | **All Staff** |
| **Shenandoah** | 3rd Shift | Shenandoah | | 15% | **All Staff** |
| **Shenandoah** | Weekend Shift | Shenandoah | | 10% | **All Staff - paid in addition to 2nd & 3rd Shift pay** |
| **Sioux City** | 2nd & 3rd Shift | Hourly Shift A | $ | 1.00 | **RN, LPN, CNA, CMA** |
| **Sioux City** | Weekend Shift | Hourly Shift A | $ | 5.00 | **As specified by Facility** |
| **Spirit Lake** | Weekend Shift | Hourly Weekend Pkg Fri-Sun Hourly Weekend Pkg Sat-Mon | $ | 7.00 | **As specified by Facility** |
| **Stanton** | 2nd & 3rd Shift | Hourly Shift A | $ | 1.00 | **RN, LPN, CNA, CMA's only** |

Kronos Shift Differntials

**CONFIDENTIAL**

**Produced Natively at ACCU_018966**