# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JESSICA GAUL, individually and on behalf of all others similarly situated,<br><br>v.<br><br>ACCURA HEALTH VENTURES, LLC *et al.* | **Case No. 4:22-cv-00154-SHL-HCA**<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>Judge Stephen H. Locher<br><br>Chief Magistrate Judge Helen C. Adams |

## PLAINTIFFS' UNRESISTED MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiffs request the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The Settlement Agreement represents the culmination of Plaintiffs' and Plaintiffs' counsel's investigation, litigation, and negotiation. It completely resolves Plaintiffs', and the rest of the collective's, claims at issue in this lawsuit. The settlement is fair and reasonable, and it will provide meaningful relief to Plaintiffs and the similarly situated employees of Accura who opted-into the Settlement, in light of the inherent risks of litigation and trial. Accura has defended the claims in this lawsuit and continues to deny any wrongdoing, the violation of any federal or state wage-and-hour law, and any damages at issue.

For these reasons, settlement of this matter is in the best interest of Plaintiffs and the proposed collective members. Plaintiffs request the Court approve the Parties' Settlement Agreement and dismiss Plaintiffs' claims with prejudice.

The motion is supported by the accompanying memorandum and exhibits.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
**Matthew S. Parmet**
TX Bar # 24069719
(*admitted pro hac vice*)
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone  713 999 5200
matt@parmet.law

**Angeli Murthy**
FL Bar # 88758
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
8151 Peters Rd., Suite 4000
Plantation, Florida 33324
Telephone: (954) 327-5369
Facsimile: (954) 327-3016
Email: amurthy@forthepeople.com

**Brian P. Galligan**
AT0002632
**GALLIGAN LAW P.C.**
The Plaza – Suite 5
300 Walnut St.
Ds Moines, Iowa 50309-2292
Telephone:    (515) 282-3333
Facsimile:    (515) 282-0318

**Attorneys for Plaintiffs**

### CERTIFICATE OF CONFERENCE

Prior to filing this motion, I conferred with Defendant's counsel, who confirmed Defendant is unopposed to the relief sought herein.

*/s/ Matthew S. Parmet*
Matthew S. Parmet