# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JESSICA GAUL, individually and on behalf of all others similarly situated,<br><br>v.<br><br>ACCURA HEALTH VENTURES, LLC *et al.* | **Case No. 4:22-cv-00154-SHL-HCA**<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>Judge Stephen H. Locher<br><br>Chief Magistrate Judge Helen C. Adams |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has reviewed the Parties' Joint Stipulation of Dismissal, and this case and all claims asserted in this case are DISMISSED WITH PREJUDICE, each Party to bear its own costs and fees, except as otherwise set forth in the Parties' Settlement Agreement and Order approving the same [ECF No. 62].

Dated this 13th day of January, 2025.

Stephen H. Locher
United States District Judge